**Fill in this information to identify the case:**

Debtor 1  MICHAEL TIMOTHY LYNDS, JR

Debtor 2  MELISSA KAY LYNDS
(Spouse, if filing)

United States Bankruptcy Court of South Carolina

Case number 18-04438-dd

Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee of the Dwelling Series IV Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3577

**Property address:** 546 New State Road
Number  Street
*Cayce, SC 29033
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/01/2022
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  +(b) $ _____

c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

Debtor1  MICHAEL TIMOTHY LYNDS, JR
         First    Middle    Last

Case number *(if known)* 18-04438-dd

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Gentry Collins
  Signature

Date 09/22/2022

Print    Gentry Collins
         First Name    Middle Name    Last Name

Title    Attorney

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    8757 Red Oak Blvd., Suite 150
           Number    Street

           Charlotte, NC 28217
           City    State    ZIP Code

Contact phone    704-369-0676 x3016    Email SCBKR@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| IN RE:<br>**MICHAEL TIMOTHY LYNDS, JR** aka Michael T Lynds, Jr. aka Michael Lynds, Jr. aka Michael Lynds aka Michael Timothy Lynds aka Michael T Lynds AND **MELISSA KAY LYNDS** aka Melissa K Lynds aka Melissa Lynds<br>**DEBTORS** | CASE NO.  18-04438-DD<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

MICHAEL TIMOTHY LYNDS, JR
546 NEW STATE RD
CAYCE, SC 29033-4220

MELISSA KAY LYNDS
546 NEW STATE ROAD
CAYCE, SC 29033

Jason T. Moss, Debtor's Attorney
Moss & Associates, Attorneys, P.A.
816 Elmwood Ave.
Columbia, SC 29201
Lindsey@mossattorneys.com

Pamela Simmons-Beasley, Bankruptcy Trustee
250 Berryhill Road Suite 402
Columbia, SC 29210

US Trustee's Office, US Trustee
Strom Thurmond Federal Building
1835 Assembly St., Suite 953
Columbia, SC 29201

<u>September 22, 2022</u>

                                              <u>*/s/Gentry Collins*</u>
Gentry Collins, SC Fed. Dist. No. 13219
Travis Menk, SC Fed. Dist. No. 10686
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (704) 643-0290
Facsimile: (704) 369-0760
E-Mail: SCBKR@brockandscott.com